2015-1377 (La. 9/16/16)

**STATE EX REL. Charles ALLEN**

v.

**STATE of Louisiana**

**No. 2015-KH-1377**

Supreme Court of Louisiana.

September 16, 2016

Applying for Reconsideration of this Court's action dated June 17, 2016; Parish of Jefferson, 24th Judicial District Court Div. I, No. 03-6803; to the Court of Appeal, Fifth Circuit, No. 15-KH-321

Not considered. See La.S.Ct. Rule IX, § 6.

2014-0844 (La. 9/16/16)

**STATE EX REL. Thaddeus HARRELL**

v.

**STATE of Louisiana**

**No. 2014-KH-0844**

Supreme Court of Louisiana.

September 16, 2016

Applying for Reconsideration of this Court's action dated January 9, 2015, Parish of Jefferson, 24th Judicial Court Div. D, No. 11-3802; to the Court of Appeal, Fifth Circuit, No. 14-KH-183

Not considered. See La.S.Ct. Rule IX, § 6.

2015-1926 (La. 9/16/16)

**STATE EX REL. Tracy L. COMMON**

v.

**STATE of Louisiana**

**No. 2015-KH-1926**

Supreme Court of Louisiana.

September 16, 2016

Applying for Reconsideration of this Court's action dated April 8, 2016; Parish of Jefferson, 24th Judicial District Court Div. O, No. 07-411; to the Court of Appeal, Fifth Circuit, No. 15-KH-518

Not considered. See La.S.Ct. Rule IX, § 6.